

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00241-CR

## EX PARTE BONNIE RUTH ALLEN

**From the U.S. District Court**
**Northern District of Texas**
**Trial Court No. 3:2023-CV-01087-B**

## MEMORANDUM OPINION

On August 14, 2023, Bonnie Ruth Allen, acting *pro se*, filed a "Request for Summary Judgment" in this Court, complaining about the dismissal of her application for writ of habeas corpus that she had filed in the United States District Court for the Northern District of Texas. We construe Allen's "Request for Summary Judgment" as an attempt to appeal from the federal court's dismissal of her application for writ of habeas corpus. We, however, lack jurisdiction over any aspect of federal habeas-corpus proceedings. *See* 28 U.S.C. § 2254(a); *see also Gates v. Lumpkin*, No. 10-21-00345-CR, 2021 WL 6067386, at *1 (Tex. App.—Waco Dec. 22, 2021, no pet.) (mem. op.) (not designated for publication); *Slagle v. State*, No. 02-16-00097-CR, 2016 WL 1714124, at *1 (Tex. App.—Fort Worth Apr.

28, 2016, no pet) (mem. op.) (per curiam) (not designated for publication).  We therefore dismiss this appeal.  *See* TEX. R. APP. P. 43.2(f).

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed August 23, 2023
Do not publish
[CR25]

